1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6
   Attorney for Defendant
7  TYRONE REKSHYNSKI

8

9
                 IN THE UNITED STATES DISTRICT COURT
10
                FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13
   UNITED STATES OF AMERICA,    ) No. 2:06-cr-0339 JAM
14                              )
              Plaintiff,        )
15                              ) STIPULATION AND ORDER CONTINUING
        v.                      ) CASE AND RELEASING DEFENDANT TO
16                              ) SUPERVISION PENDING FURTHER
   TYRONE REKSHYNSKI,           ) HEARING
17                              )
              Defendant.        ) Date:  July 22, 2008
18                              ) Time:  8:30 a.m.
   _____) Judge: Hon. John A. Mendez
19

20

21      **IT IS HEREBY STIPULATED** by and between Assistant United States

22 Attorney R. Steven Lapham, counsel for Plaintiff, and Assistant Federal

23 Defender Jeffrey L. Staniels, counsel for defendant that the date for

24 dispositional hearing on the petition alleging violations of supervised

25 release be vacated and the matter continued until September 23, 2008,

26 at 9:30 a.m. or to the soonest date thereafter when the court is

27 available.

28      **It IS FURTHER STIPULATED** that defendant be released from custody

forthwith and returned to supervision under the same terms and conditions as previously imposed.  The court is advised that counsel have conferred with the supervising probation officer, Senior U.S. Probation Officer Lori L. Koehnen, who has authorized us to inform the court that she concurs that this matter should be continued and that Mr. Rekshynski should be released to her supervision in the meantime.

Respectfully submitted,

Dated:  July 11, 2008         DANIEL J. BRODERICK
                              Federal Defender

                              _____
                              JEFFREY L. STANIELS
                              Assistant Federal Defender
                              Attorney for Defendant
                              TYRONE REKSHYNSKI

                              MCGREGOR W. SCOTT
Dated:  July 11, 2008         United States Attorney

                              _____
                              R. Steven Lapham
                              Assistant United States Attorney
                              Attorney for Plaintiff

**O R D E R**

Based on the above stipulation of the parties, the hearing scheduled in this matter for July 22, 2008, is hereby VACATED and the matter re-calendared for September 23, 2008, at 9:30 a.m. on this court's regular criminal calendar.

The defendant is ordered to be released pending this rescheduled hearing under the supervision of the United States Probation Office for this District under the same terms and conditions

Stipulation & Proposed Order      -2-

1  as previously imposed.  The defendant shall report to the Probation
2  Officer promptly upon his release as directed by her.
3       **IT IS SO ORDERED:**
4       DATED: July 11, 2008

6                                    /s/ John A. Mendez
                                     Hon. John A. Mendez
7                                    United States District Judge

Stipulation & Proposed Order      -3-