FILED

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

JUL 16 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

UNITED STATES OF AMERICA, )
)
        Plaintiff, )  Case No. Cr.S-06-339 JAM
)
        v. )  RELEASE ORDER NO. N/A
)
Tyrone Rekshynski )  ORDER FOR RELEASE OF
        Defendant. )  PERSON IN CUSTODY

TO:   UNITED STATES MARSHAL:

    This is to authorize and direct you to release _____

Tyrone Rekshynski , Case No. Cr.S-06-339 JAM ,

Charge Violation of Supervised release

from custody subject to the conditions contained in the attached "Notice to Defendant Being

Released" and for the following reasons:

    ____ Release on Personal Recognizance

    ____ Bail posted in the sum of $_____

    ____ Unsecured Appearance Bond

    ____ Appearance Bond with 10% Deposit

    ____ Appearance Bond with Surety

    ____ Corporate Surety Bail Bond

    _X_ (Other) Continued on supervised release under

             All previously imposed Conditions.

    This release order is not effective until the defendant has signed and

understands the attached "Notice to Defendant Being Released".

    Issued at Sacramento, CA on 7/16 ,

2008 at 2:40 a.m./p.m.

By _____ (JAM)
United States District Judge or
United States Magistrate

Copy 5 - Court